THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD MILES,  :
 :
    Plaintiff  :
 :
v.  : 3:20-CV-2240
 : (JUDGE MARIANI)
HON. MARGARET MOYLE, et al.,  :
 :
    Defendants  :

## ORDER

AND NOW, THIS 21st DAY OF DECEMBER, 2020, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 6) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 6) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** without leave to amend.

3. The Clerk of Court is directed to **CLOSE** this action.

_____
Robert D. Mariani
United States District Judge